UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLANCA MARIA ALFARO,

                Plaintiff,

        -against-

UNITED STATES CUSTOMS AND
BORDER PROTECTION, UNITED
STATES DEPARTMENT OF
HOMELAND SECURITY and THE
UNITED STATES OF AMERICA,

                Defendants.
------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No. 16-cv-2199
(Irizarry, C.J.)
(Mann, C.M.J.)

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, Plaintiff BLANCA MARIA ALFARO and defendants UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES DEPARTMENT OF HOMELAND SECURITY AND THE UNITED STATES OF AMERICA, by and through their undersigned attorneys, that Plaintiff's complaint against Defendants and all claims therein be and hereby are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or fees to any party as against any other.

    IT IS FURTHER STIPULATED AND AGREED that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

    IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be executed in separate counterparts, each of which shall be deemed to be an original.

Case 1:16-cv-02199-DLI-RLM   Document 10   Filed 01/17/17   Page 2 of 2 PageID #: 34
*Alfaro v. United States Customs and Border Prot.*, Civ. No. 16-CV-2199 (Irizarry, C.J.) (Mann, C.M.J.)
Stipulation and Order of Dismissal with Prejudice
Page 2

Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of the Court shall enter judgment in this case dismissing the action with prejudice and shall close the case.

Dated: New York, New York
       Jan, 13, 2017

ROBINSON IGLESIAS, ESQ.
*Counsel for Plaintiff*
26 Broadway, 21st Floor
New York, New York 10004

By: _____/s/ Robinson Iglesias_____
ROBINSON IGLESIAS
(212) 500-3277
iglesiaslaw@gmail.com

Dated: Brooklyn, New York
       January 3, 2017

ROBERT L. CAPERS
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____/s/_____
SEAN P. GREENE
Assistant U.S. Attorney
(718) 254-6484
sean.greene@usdoj.gov

SO ORDERED this
____ day of _____, 2017

_____
Honorable Dora L. Irizarry
Chief Judge, E.D.N.Y.